# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

KATHLEEN DVORAK, )
No. 14808-025, )
 )
      Petitioner )
 ) Case No. 3:23-cv-2947-JPG
      v. )
 )
FEDERAL BUREAU OF PRISONS, )
 )
      Respondent.

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court, and the Court having rendered a decision;

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

**DATED:  February 27, 2024**

                                            MONICA A. STUMP, Clerk of Court

                                         By:    *s/Tina Gray,*
                                                      Deputy Clerk

**APPROVED:**  *s/J. Phil Gilbert*
                    J. PHIL GILBERT
                    U.S. DISTRICT JUDGE